06-02917

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

In re: DWAYNE ELLIS

Bankruptcy Case No: _____

Chapter: _____

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr P. 1006, I apply for permission to pay the Filing Fee amounting to $189 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $47.25 Check one  ☐ with the filing of the petition, or
   $47.25 on or before 4/20/06  ☐ on or before
   $47.25 on or before 5/29/06
   $47.25 on or before 6/16/06

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   _Dwayne Ellis_   _March 21, 2006_
**Signature of Attorney**   Date   **Signature of Debtor**   Date

_____         _____   _____
**Name of Attorney**                **Signature of Joint Debtor (if any)**   Date

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

**Printed or Typed Name of Bankruptcy Petition Preparer**         **Social Security No.**

**Address**

Names and Social Security numbers of all other individuals who prepared and assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                         _____
**Signature of Bankruptcy Petition Preparer**         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines and imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

**IT IS ORDERED** that the debtor(s) pay the filing fee in installments on the terms proposed in the foregoing application.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property for services in connection with this case.

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

**FOR THE COURT**

DATE: MAR 21 2006

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court
**Kenneth S. Gardner, Clerk**   (3/1/98)
United States Bankruptcy Court