```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 02917
   DWAYNE IRA ELLIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7750


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/22/2006 and was confirmed 07/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/26/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
FIRST FRANKLIN             CURRENT MORTG         .00            .00            .00
MITSUBISHI MOTORS CREDIT   SECURED          11857.00        1177.27         845.40
ECAST SETTLEMENT CORP      UNSECURED         2599.23            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          369.47            .00            .00
UNION PLUS                 UNSECURED        NOT FILED           .00            .00
THE HOME DEPOT             UNSECURED        NOT FILED           .00            .00
SEARS CHARGE PLUS          UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         3067.96            .00            .00
DIRECT TV                  UNSECURED        NOT FILED           .00            .00
CARD MEMBER SERVICES       UNSECURED        NOT FILED           .00            .00
DENTAL GROUP               UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL SERVICES     UNSECURED        NOT FILED           .00            .00
ADT                        UNSECURED        NOT FILED           .00            .00
DEPT OF WATER              UNSECURED        NOT FILED           .00            .00
CINGULAR WIRELESS          UNSECURED        NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          848.81            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1130.37            .00            .00
FIRST FRANKLIN             MORTGAGE ARRE         .00            .00            .00
MITSUBISHI MOTORS CREDIT   UNSECURED             .02            .00            .00
CITI CARDS                 SECURED NOT I         .00            .00            .00
COOK COUNTY TREASURER      SECURED NOT I     810.00            .00            .00
B-LINE LLC                 UNSECURED         2691.49            .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                          117.33
DEBTOR REFUND              REFUND                                           600.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 2,740.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 02917 DWAYNE IRA ELLIS
```

```
PRIORITY                                                              .00
SECURED                                                            845.40
    INTEREST                                                     1,177.27
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               117.33
DEBTOR REFUND                                                      600.00
                                   ---------------      ---------------
TOTALS                                    2,740.00             2,740.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 10/23/07                        /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 02917 DWAYNE IRA ELLIS